Entered on Docket
April 09, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: April 08, 2010

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge

1  CASPER J. RANKIN (CA SBN 249196)
   JOSEPH C. DELMOTTE (CA SBN 259292)
2  PITE DUNCAN, LLP
   4375 Jutland Drive, Suite 200
3  P.O. Box 17933
   San Diego, CA 92177-0933
4  Telephone: (858) 750-7600
   Facsimile: (619) 590-1385
5
6  Attorneys for WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR
   THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE
7  INVESTMENTS II INC., BEAR STEARNS MORTGAGE FUNDING TRUST
   2007-AR1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-
8  AR1

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 09-72065-EDJ |
| JOHN ALLEN LOISELLE AND BEVERLY LYN LOISELLE, | Chapter 7 |
| | R.S. No. CJR-630 |
| | ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY |
| | DATE: March 26, 2010<br>TIME: 10:00AM<br>CTRM: 215 |
| Debtor(s). | Northern District of California - Oakland Division<br>United States Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94612 |

The above-captioned matter came on for hearing on March 26, 2010, at 10:00 AM, in Courtroom 215, upon the Motion of Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass-Through Certificates, Series 2007-AR1 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of John Allen Loiselle and Beverly Lyn Loiselle ("Debtors") commonly known as 8340 Locust

- 1 -

Place North, Dublin, California 94568 (the "Real Property"), which is legally described as follows:

> SEE LEGAL DESCRIPTION AS EXHIBIT FOR PROPOSED ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY, DOCKET NUMBER 22.

Appearances as noted on the record.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1. The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2. Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3. The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is waived;

4. Post-petition attorneys' fees and costs for the within motion may be added to the outstanding balance of the subject Note as allowed under applicable non-bankruptcy law;

5. Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law; and

6. Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case;

7. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

** END OF ORDER **

# COURT SERVICE LIST

Pite Duncan, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933

John Allen Loiselle
Beverly Lyn Loiselle
8340 Locust Place North
Dublin, CA 94568

Matthew M. Spielberg
21855 Redwood Rd
Castro Valley, CA 94546
Debtor Attorney

John Kendall
2601 Blanding Avenue
Bldg #C Suite 110
Alameda, CA 94501
Chapter 7 Trustee

EMC Mortgage
Attn: Bankruptcy Clerk
P.O. Box 293150
Lewisville, TX 75029